| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | ANNE PINGS |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2785 |

**SEALED**

FILED

SEP 0 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re: SEARCH WARRANTS            )    Misc. S.W. No. 01-232-GGH
                                  )    Misc. S.W. No. 01-233-GGH
5551 WATERFALL TRAIL              )
Greenwood, California             )
                                  )    MOTION AND ORDER
   and                            )    TO UNSEAL SEARCH WARRANTS
                                  )
1020 NORTHSIDE DRIVE, Suite D     )
Cool, California.                 )
                                  )

The United States, by and through its counsel, hereby informs the Court that this investigation has resulted in the arrest of two defendants and hereby moves this Court to order the unsealing of the above-captioned search warrants, and their applications, affidavits, and any attachments.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: _____
    ANNE PINGS
    Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: Sept. 8, 2005

GREGORY G. HOLLOWS
United States Magistrate Judge